**No. 59726.**—Martin Heavey Provision Co. and J. J. Murphy & Co. et al. *v.* United States, protests 209475–K, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, FEBRUARY 23, 1956

**No. 59727.**—Dalsheim Accessories Corp. *v.* United States, protest 133264–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the beads represented by items 10023, 10024, and 10025 consist of beads in imitation of precious or semiprecious stones, the claim at 45 percent under paragraph 1503 was sustained as to said items. Items 11/0 and 18/0, stipulated to consist of beads, loosely strung, were held dutiable at 35 percent under said paragraph as beads, not specially provided for.

**No. 59728.**—Worldwide Musical Instrument Co., Inc. *v.* United States, protest 242632–K (New York).

Opinion by OLIVER, C. J. The protest was dismissed.